## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

ANDRES F. AGUDELO ROA,

Petitioner,

v.

ARTHUR J. WILSON, *et al.*,

Respondents.

Civil Action No. 26-5288 (ZNQ)

**ORDER**

This matter comes before the Court on the parties' letters (ECF Nos. 14-15) requesting that this matter be dismissed without prejudice in light of Petitioner's release. By way of background, Petitioner filed his petition on or about May 11, 2026, arguing that he was being improperly detained pending his removal proceedings. (ECF No. 1.) Following the briefing of this matter, Petitioner filed a letter informing the Court that he had sought and been granted release on bond by an immigration judge. (ECF No. 10.) Upon confirmation of Petitioner's release and payment of his bond, this Court directed the parties to address whether this matter had become moot in light of Petitioner's release. (ECF No. 13.) In their responses, the parties agree that Petitioner's release renders his claims moot, and request that this matter be dismissed. (ECF Nos. 14-15.) As Petitioner sought in this matter only his release from immigration detention, and as he has now been released on bond, this matter is moot and must be dismissed without prejudice as such. *See, e.g., Rodney v. Mukasey*, 340 F. App'x 761, 764 (3d Cir. 2009); *Nunes v. Decker*, 480 F. App'x 173, 175 (3d Cir. 2012); *Sanchez v. Att'y Gen.*, 146 F. App'x 547, 549 (3d Cir. 2005).

1

**IT IS THEREFORE** on this 22nd day of June 2026,

**ORDERED** that Petitioner's habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as moot; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically, and shall **CLOSE** the file.

s/ Zahid N. Quraishi
_____
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
